

IN THE
TENTH COURT OF APPEALS

No. 10-11-00404-CV

HAL R. PETTIGREW, SR.
AND HAL R. PETTIGREW, JR.,

Appellants

 v.

PAUL COOK, CLEO COOK, BOB MURRY,
SHERI MURRAY, WILLIAM O'NEAL,
AND ANITA O'NEAL,

Appellees

From the 413th District Court
Johnson County, Texas
Trial Court No. C 2011-00469

MEMORANDUM OPINION

The memorandum opinion of the Court dated March 14, 2012 is withdrawn, and the following memorandum opinion is substituted therefor.

All of the parties in this appeal and cross-appeal have filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). The parties have entered into a settlement agreement and no longer wish to pursue the appeal. Dismissal of this appeal

would not prevent a party from seeking relief to which it would otherwise be entitled.

The motion is granted, and the appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed April 4, 2012
[CV06]